UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANGEL SIFUENTES, III,

    Plaintiff,

v.

                                  CASE No. 1:23-cv-143

                                  HON. ROBERT J. JONKER

ADOBE,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Approving and Adopting Report and Recommendation entered this day, **IT IS ORDERED** that Plaintiff's federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

Dated:  March 24, 2023                /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE